July 09, 2004

Mr. Ryan D. Clinton
Office of the Attorney General
P. O. Box 12548
Austin, TX 78711-2548

Mr. Thomas H. Bleakley
21 Kercheval Ave., Suite 232
Grosse Pointe Farms, MI 48236
Mr. Michael R. Mitchell
Mitchell Goff & Mitchell, LLP
10440 N. Central Expwy., Suite 1100
Dallas, TX 75231-2221

Ms. Philipa Remington
Stinnett Thiebaud & Remington
1445 Ross Ave., Suite 4800
Dallas, TX 75202

RE: Case Number: 02-0894
 Court of Appeals Number: 05-02-00143-CV
 Trial Court Number: 94-12925-H

Style: THE UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER AT DALLAS
 v.
 DONNA LOUTZENHISER, AS NEXT FRIEND OF STEPHEN LUKE LOUTZENHISER, A
 MINOR

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment and ordered The Court of Appeals' Opinion to be published in the
above referenced cause.
 Encl.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Ms. Lisa Matz|
| | |
| |Mr. Jim |
| |Hamlin |